IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LODGENET INTERACTIVE CORPORATION,
A Delaware Corporation,

      Plaintiff/Counter-Defendant,

vs.                                                                        No. CIV 11-00086 GBW/LFG

SANTA FE PICACHO HOTEL MANAGEMENT
CORPORATION, a New Mexico Corporation,

      Defendant/Counter-Plaintiff.

## STIPULATED ORDER OF DISMISSAL

**THIS MATTER** having come before the Court upon the parties' joint motion of dismissal, and this Court having read the pleadings, being fully advised of the premises, and being advised that the parties jointly seek dismissal of this action hereby:

**FINDS** that the Joint Motion to Dismiss is well-taken and should be granted because the parties have resolved their disputes, and, therefore;

**ORDERS** that all claims or counter-claims asserted by either Plaintiff or Defendant in this action, as well as any claim or counter-claim that could have been raised by either party against the other, should be and hereby is dismissed with prejudice.  Each party is ordered to pay its own attorneys' fees and costs.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent

Respectfully submitted by:

/s/ David C. Kramer, Esq.
Marcus J. Rael, Jr., Esq.
David C. Kramer, Esq.
Robles, Rael & Anaya, P.C.
Attorneys for Defendant/Counter-Plaintiff
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)

*Approved via e-mail on 3/5/12*
David A. Grammer III, Esq.
Kevin D. Hammar, Esq.
ALDRIDGE GRAMMER & HAMMAR, P.A.
Attorneys for Plaintiff-Counter-defendant
1212 Pennsylvania NE
Albuquerque, NM 87110
Telephone: (505) 266-8787
Facsimile: (505) 255-4029